IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HANSON [AY-6423] | : | CIVIL ACTION |
| v. | : | |
| JAMES J. McGRADY, et al. | : | NO. 11-1293 |

## ORDER

AND NOW, this 11th day of April, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.
— Objections are overruled.
2. The Motion for Reconsideration of Exceptional Circumstance to October 13, 2011 Order is **DENIED**.

3. The Motion to Schedule a Hearing on Bond and/or an Order Releasing Petitioner from State Confinement is **DENIED**.

4. The Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is **DENIED AND DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

cc: MFA