IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HANSON [AY-6423] | : | CIVIL ACTION |
| v. | : | |
| JAMES J. McGRADY, et al. | : | NO. 11-1293 |

## ORDER

AND NOW, this 7th day of September, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**. No objections.

2. The Motion for a New Trial and Reinstatement of Bail (Docket Entry No. 20) is **DENIED**.

3. The Motion to Amend June 18, 2012 Motion (Docket Entry No. 21) is **DENIED**.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

cc: MFA