IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HANSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-1293 |
| JAMES J. McGRADY, et al. | : | |

## ORDER

AND NOW, this    15th    day of May, 2014, upon consideration of the pleadings and records herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is ordered:

1. The Report and Recommendation is approved and adopted.

2. The Petition for Writ of Habeas Corpus is dismissed as time-barred and procedurally defaulted.

3. Petitioner's "Motion to Adjudicate on Merits as State Court has Recently Denied this Case January 2014" (doc. no. 40) and "Renew Motion for Discovery (Docket #7) per Order 10/13/11 Expansion of the Record Production of Prosecutor's Files Police Files Notes and Memoranda" (doc. no. 41) are denied.

4. Petitioner's objections are overruled.

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.